# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN JAMES AULICINO,<br><br>Defendant. | Case No.: 2:17-cr-393-APG-GWF<br><br>**ORDER FOR THE PREPARATION OF A PRE-PLEA PRESENTENCE INVESTIGATION REPORT**<br><br>(ECF No. 29) |

Defendant Austin James Aulicino filed an unopposed motion for the preparation of a pre-plea Presentence Investigation Report. I approve that request.

IT IS HEREBY ORDERED that Aulicino's motion **(ECF No. 29) is GRANTED**. The Probation Office shall prepare and provide to the parties a pre-plea Presentence Report within 90 days.

IT IS FURTHER ORDERED that Aulicino's counsel shall provide a copy of this order to the Probation Office immediately.

Dated: March 1, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE