RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT E. O'BRIEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_O'Brien@fd.org

Attorney for Austin James Aulicino

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00393-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| AUSTIN JAMES AULICINO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert E. O'Brien, Assistant Federal Public Defender, counsel for Austin James Aulicino, that the Revocation Hearing currently scheduled on June 10, 2020 , be vacated and continued to a date and time convenient to the Court, but no sooner than 120 days.

This Stipulation is entered into for the following reasons:

1. Austin Aulicino is currently in substance abuse treatment at Las Vegas Recovery Center.

2. The parties would like to continue the supervised release revocation hearing for 120 days to provide Mr. Aulicino the opportunity to complete his treatment before proceeding with the supervised release revocation hearing, if necessary.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 8th day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Robert E. O'Brien*<br>ROBERT E. O'BRIEN<br>Assistant Federal Public Defender | By */s/ Brian Y. Whang*<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AUSTIN JAMES AULICINO,<br><br>　　　　Defendant. | Case No. 2:17-cr-00393-APG-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, June 10, 2020 at 11:00 a.m., be vacated and continued to October 8, 2020 at the hour of 9:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

　　DATED this 9th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3