RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_O'Brien@fd.org

Attorney for Austin James Aulicino

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00393-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE REVOCATION HEARING** |
| v. | (First Request) |
| AUSTIN JAMES AULICINO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert O'Brien, Assistant Federal Public Defender, counsel for Austin James Aulicino, that the Revocation Hearing currently scheduled on October 7, 2020, be vacated.

This Stipulation is entered into for the following reasons:

1. Mr. Aulicino's probation officer represents that he has had no contact with Aulicino for at least two months.

2. Defense counsel has no representations to make regarding Mr. Aulicino's performance on supervised release or his alleged lack of contact with the U.S. Probation Office.

3. The parties agree that the hearing should be vacated for the efficiency of the court and the parties.

This is the first request to vacate the revocation hearing.

DATED this 5th day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Robert O'Brien*<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | By */s/ Brian Y. Whang*<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         v.<br><br>AUSTIN JAMES AULICINO,<br><br>                Defendant. | Case No. 2:17-cr-00393-APG-EJY<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 7, 2020 at 2:00 p.m., be vacated.

   DATED this  6th  day of October, 2020.

                                                                 _____
                                                                 UNITED STATES DISTRICT JUDGE