RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT E. O'BRIEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_O'Brien@fd.org

Attorney for Austin James Aulicino

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AUSTIN JAMES AULICINO,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00393-APG-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Brian Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert E. O'Brien, Assistant Federal Public Defender, counsel for Austin James Aulicino, that the Revocation Hearing currently scheduled on February 10, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant needs additional time to conduct investigation in this case.

　　　　2.　　The parties are discussing a potential resolution in this case and need additional time to discuss an appropriate resolution, including a potential negotiation in a separate case.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 4th day of February, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By /s/ Robert E. O'Brien<br>ROBERT E. O'BRIEN<br>Assistant Federal Public Defender | By /s/ Brian Y. Whang<br>BRIAN Y. WHANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00393-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| AUSTIN JAMES AULICINO, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, February 10, 2021 at 3:00 p.m., be vacated and continued to March 31, 2021 at the hour of 1:00 p.m. in LV Courtroom 6C; or to a time and date convenient to the court.

    DATED this 4th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE

3