RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for Austin James Aulicino

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00393-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** (First Request) |
| v. | |
| AUSTIN JAMES AULICINO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Austin James Aulicino, that the Revocation Hearing currently scheduled on December 20, 2022, at 3:00 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than January 9, 2023.

This Stipulation is entered into for the following reasons:

1.     Defense counsel requires additional time to prepare, investigate, and discuss the case with her client.  Additionally, defense counsel will be in trial on another case during the currently scheduled date and will be out of the country from January 1-9, 2023.

2.     The defendant is not in custody and agrees with the need for the continuance.

1        3.     The parties agree to the continuance.

2        This is the first request for a continuance of the revocation hearing.

3        DATED this 14th day of December 2022.

4

5   RENE L. VALLADARES             JASON M. FRIERSON
    Federal Public Defender            United States Attorney

6

7     */s/ Rebecca A. Levy*                  */s/ Brian Y. Whang*
    By_____    By_____

8   REBECCA A. LEVY                 BRIAN Y. WHANG
    Assistant Federal Public Defender      Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00393-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| AUSTIN JAMES AULICINO, | |
| Defendant. | |

    IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, December 20, 2022 at 3:00 p.m., be vacated and continued to January 17, 2023 at the hour of 3:30 p.m. in Courtroom 6C.

    DATED this 16th day of December 2022.

_____

UNITED STATES DISTRICT JUDGE

3